**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DAVID EBERSOLE, | : | Civil No. 1:26-CV-00831 |
| Plaintiffs, | : | |
| v. | : | |
| ANGELINA KATALINA, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

Before the court is the report and recommendation of United States Magistrate Judge Martin C. Carslon recommending that the court grant Defendants' motions to dismiss and dismiss Plaintiff's amended complaint without prejudice. (Doc. 52.) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge

Carlson's analysis is well-reasoned and fully supported by the record and applicable law.

Accordingly, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 52, is **ADOPTED**.

2) Defendants' motions to dismiss, Docs. 15, 24, & 35, are **GRANTED**.

3) The court will not consider the amended complaint, Doc. 56, which was filed prior to the court ruling on the report and recommendation.

4) Defendants' joint motion to strike the amended complaint, Doc. 57, is **DENIED AS MOOT**.

5) Plaintiff's amended complaint, Doc. 4, is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file a second amended complaint consistent with the recommendations in the report and recommendation, Doc. 52, within **21 days** of this order. If Plaintiff fails to file a second amended complaint, the Clerk of Court shall close this case.

6) This matter is referred back to Judge Carlson for further pretrial management.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: November 4, 2026